## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MAY - 9 2005

| | | | |
|---|---|---|---|
| Honorable | John H. Squires | Hearing Date | ~~April 25, 2005~~ |
| Bankruptcy Case No. | 02-08699 | Adversary No. | |
| Title of Case | In re: National Steel Corporation, et al. | | |

Brief
Statement of
Motion

Motion to Compel Debtors to Pay Postpetition Rent and for Other Relief

Filed by Faye B. Feinstein on behalf of Huron Valley Steel Corporation

(Docket No. 3035)

### ORDER

The Motion to Compel Debtors to Pay Postpetition Rent and for Other Relief

is withdrawn pursuant to the Settlement Agreement by and between the NSC

Creditor Trust and Valley Steel Corporation dated May 26, 2004 (Docket No.

4829).

MAY - 9 2005